UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2019 JAN 17 P 12: 05
US DISTRICT COURT

UNITED STATES OF AMERICA

v.

GLEN COHEN

CRIMINAL NO. 3:19cr 18 (VLB)

VIOLATION:
18 U.S.C. § 2261A(2)(B) and 2261(b)(5)
Cyberstalking

INFORMATION

The United States Attorney charges:

COUNT ONE
(Cyberstalking)

Between approximately April 2018 and August 27, 2018, Glen Elliott Cohen, with the intent to harass Victim #8 and Victim #5, whose identities are known to the United States Attorney, used an interactive computer service and electronic communication service to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim #8 and Victim #5, respectively.

In violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY