

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 3:19-CR-18  (VLB) |
| v. | |
| GLEN COHEN | January 17, 2019 |

**PRETRIAL DIVERSION WAIVER**

The Pretrial Diversion Program for the District of Connecticut (also referred to as "the Program") has been explained to me by my attorney, who has also signed this waiver. I fully understand the requirements of the Program as well as the advantages resulting to me from my successful completion of the Program.

A. <u>Defendant Subject to Criminal Prosecution</u>

I understand that the United States Attorney has filed a one-count Information against me alleging violations of 18 U.S.C. § 2261A. A copy of the Information is attached to this waiver.

I consent to the filing of a motion on my behalf requesting a continuance of judicial proceedings based on the Information and understand that further judicial proceedings in this prosecution will be delayed until whichever of the following events occurs first: (1) a United States Probation Officer and an Assistant United States Attorney determine that they are unable to devise a satisfactory Program for me; (2) I reject the Program proposed to me; (3) I fail to abide by the conditions of the Program; or (4) I successfully complete the Program.

B. <u>No Admission of Guilt</u>

This waiver shall not constitute an admission of guilt to the charge(s) in the Information.

I understand that any instruments executed and any statement made by me or on my behalf in connection with the Program and my participation in the Program do not constitute an admission of guilt; nor shall any such instrument, statement, or evidence of my participation in the Program be admissible in any proceeding related to any criminal prosecution based on the Information.

C.   Waiver of Rights

1.   Waiver of Statute of Limitations

I agree to a tolling of the statute of limitations period applicable to this case until the period of pretrial diversion in this case has expired, and I have successfully completed the Program. I agree that should I fail to successfully complete the Program, then the charges in this case may be commenced or reinstated against me, notwithstanding the expiration of the statute of limitations. I further agree to waive all defenses based on the statute of limitations with respect to the charges contained in the Information, namely, my use of electronic communication services to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress, in violation of 18 U.S.C. § 2261A.

2.   Waiver of Speedy Trial Rights

I fully understand my rights with respect to a speedy trial in this case, according to the Sixth Amendment of the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and the Due Process Clause of the Fifth Amendment. I agree to waive all such rights, including the right to claim that my prosecution has been improperly delayed under the provisions of the Constitution and laws of the United States during the period of my participation in the Program.

D.  The Determination of a Satisfactory Program

I understand that the next stage of the pretrial diversion process will be an interview with a United States Probation Officer of the United States District Court, and an investigation and an evaluation by that officer. I also understand that, after the United States Probation Officer's evaluation is complete, he or she will confer with an Assistant United States Attorney in order to devise a Program satisfactory to the United States Probation Officer and the United States. I understand that if the United States and the United States Probation Officer are able to agree upon a Program for me, that Program will be presented to me and my attorney for approval. I further understand that after reviewing the Program proposed, I may either accept the proposal and enter into the Pretrial Diversion Program or reject the Program. I understand that if I reject the Program proposed, the prosecution against me may begin at the point at which it was suspended.

E.  Completion or Failure to Complete the Program

I understand that during the period of the Program established for me, I shall be obliged to conform in all respects to the conditions of the Program and the requirements of the United States Probation Officer who supervises my Program. I also understand that upon my completion of the Program, as certified by the United States Probation Officer, the United States will move to dismiss the Information filed in this case. I further understand that if I fail to abide by the terms and conditions of the Program established for me, or if I fail to complete the Program, the prosecution based on the Information may be recommenced, and in such instance I shall receive no credit for any participation in the Pretrial Diversion Program. I understand that the determination of whether I have or have not abided by the terms and conditions of the

Program and of whether or not I failed to complete the Program shall be made solely by the United States Attorney for the District of Connecticut.

F. <u>Limitation of Deferral of Prosecution</u>

I understand that the deferral of prosecution in this case pertains only to the violation of law set forth in the accompanying Information and the conduct underlying the criminal investigation which gave rise to the charges in the Information.

Dated this 17th day of January, 2019, at Hartford, Connecticut.

_____
GLEN COHEN
Defendant

_____
MATTHEW MADDOX, ESQ.
Attorney for Defendant